

**Peter J. Welsh**
Clerk of Court

Office of the Clerk

**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600 Fax (570) 207-5650
www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:
(717) 221-3920

Williamsport:
(570) 323-6380

September 23, 2021

The Honorable Yvette Kane
United States District Judge
U.S. District Court, Middle District of Pennsylvania
P.O. Box 11817
Harrisburg, PA 17108

Re: Report of the Mediator
<u>Rickell v. UPMC Pinnacle Health,</u> Civil No. 1: 21 -CV-650 (Kane, J.)

Dear Judge Kane:

Mediation occurred as ordered.  I am pleased to report the matter is <u>settled</u>.

Thank you for the opportunity to serve as mediator in this case.

                  Sincerely,

                <u>s/ *Joseph A. Barrett*</u>
                  Joseph A. Barrett